IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
CONSECO FINANCING SERVICES
INCORPORATED,

        Plaintiff,              No. Civ. S-03-1576-DFL-EFB

    v.                          O R D E R
MARTHA BRONSON

        Defendant.
_____/
```

On September 20, 2006, an Order to Show Cause was filed as to why this case should not be dismissed for lack of prosecution. The twenty-one day period for opposition has passed and no opposition has been filed.

Therefore, IT IS ORDERED that this case is dismissed with prejudice for lack of prosecution. IT IS SO ORDERED.

Dated: 10/19/2006

```
                              _____
                              DAVID F. LEVI
                              United States District Judge
```

1